## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| CHANDRA KANTOR, as Personal Representative of the Estate of HANUMAN JOYCE and Survivors, CHANDRA KANTOR, Mother, and RAMAYANA BABA, Father, <br><br>      Plaintiff, <br><br> v. <br><br> WARDEN JOHN SLOAN, in his individual capacity, OLUGBENGA OGUNSANWO, MD, individually; CORIZON HEALTH, INC., a health services corporation; DANIEL CHERRY, DO, individually; CHRISTINE NOBLES, individually; AMANDA SNEED, individually; BAPTIST HOSPITAL, INC.; HAITHAM QADER, MD, individually; SURENDAR S. VEERA, MD, individually; SCOTT M. HOF, individually; JOHN FARISH, individually, BRIAN LEE CARTHAN, individually; and CORRECTIONS OFFICERS JOHN DOE 1 and 2, individually, and FDOC JOHN DOE 3-6, individually. <br><br>      Defendants. | Civil Division <br><br><br><br><br> Case No. 3:16-cv-449 <br><br><br><br><br><br> Jury Trial Demanded |

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs, by and through their undersigned counsel, move to extend the time to respond to Defendants' motions to dismiss Plaintiffs' Amended Complaint, and state as follows:

1. Defendants' filed their Answers and/or motions to dismiss in response to Plaintiffs' Amended Complaint on November 18, 2016, including six (6) motions to dismiss.

2. Plaintiffs' response to any motions to dismiss is due on December 2, 2016.

3. Due to the array of issues that need to be addressed, Plaintiffs require additional time to properly respond to the six (6) motions to dismiss. All Defendants have agreed to allow Plaintiffs to respond by December 16, 2016

WHEREFORE, based on the foregoing reasons, Plaintiffs hereby request that the Court enter an order extending the deadline for Plaintiffs to file their response to Defendants' motions to dismiss to December 16, 2016.

## CERTIFICATE OF CONFERENCE

In accordance with N.D. Fla. Loc. R. 7.1(B), the undersigned attempted to resolve this matter through a conference with the attorney for the adverse parties and reports that Defendants agree with the relief requested.

Dated: November 22, 2016

Respectfully submitted,

   /s/ Jack Meyerson_____
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com

JACK MEYERSON, ESQ.
EDWARD H. SKIPTON, ESQ.
jmeyerson@meyersonlawfirm.com
eskipton@meyersonlawfirm.com
Meyerson & O'Neill
1700 Market Street
Suite 3025
Philadelphia, PA 19103
(215) 972-1376

ROBERT L. HERBST (RH 8851)
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170

(646) 543-2354
rherbst@herbstlawny.com

*Attorneys for PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served via ECF filing system, on November 22, 2016, on any counsel registered to receive notice on the CM-ECF electronic filing system.

/s/ Jack Meyerson
JACK MEYERSON