# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHANDRA KANTOR

    VS                              CASE NO.  3:16CV449 RV/GRJ

JOHN SLOAN et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  11/22/2016
Type of Motion/Pleading  MOTION for Extension of Time to File Response
Filed by: Plaintiff         on 11/22/16      Doc. No. 53
(X)   Stipulated/Consented/Joint Pleading
RESPONSES:

                                            on _____     Doc. No. _____
                                            on _____     Doc. No. _____

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/ *Sylvia Williams*
                                            Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  22nd  day of  November , 2016, that:

(a)   The requested relief is GRANTED, to December 16, 2016.
(b)   _____

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE