UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANDRA KANTOR, as Personal Representative of the Estate of HANUMAN JOYCE and Survivors, CHANDRA KANTOR, Mother, and RAMAYANA BABA, Father, <br><br> Plaintiff, <br> v. <br><br> WARDEN JOHN SLOAN, in his individual capacity, OLUGBENGA OGUNSANWO, MD, individually; CORIZON HEALTH, INC., a health services corporation; DANIEL CHERRY, DO, individually; CHRISTINE NOBLES, individually; AMANDA SNEED, individually; BAPTIST HOSPITAL, INC.; HAITHAM QADER, MD, individually; SURENDAR S. VEERA, MD, individually; SCOTT M. HOF, individually; JOHN FARISH, individually, BRIAN LEE CARTHAN, individually; and CORRECTIONS OFFICERS JOHN DOE 1 and 2, individually, and FDOC JOHN DOE 3-6, individually. <br><br> Defendants. | Civil Division <br><br><br><br> Case No. 3:16-cv-449 <br><br><br><br><br> Jury Trial Demanded |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs, by and through undersigned counsel, provide their initial disclosures to all Defendants. Plaintiffs reserve the right to supplement or amend these disclosures, including pursuant to Fed. R. Civ. P. 26(e), as more information becomes available.

I. **Individuals Likely to Have Discoverable Information That Plaintiffs May Use to Support Their Claims in This Case.**

**RESPONSE:** The following disclosures do not include persons expected to testify as expert witnesses, whose identity will be disclosed in accordance with the schedule set by the Court. Additional witnesses not listed may include various agents, employees, or representatives of Corizon Health, Inc., the Florida Department of Corrections, Baptist Hospital, and any other person otherwise included or listed in decedent's medical records.

| | |
|---|---|
| Chandra Kantor <br> 414 Ponoka Street | Ms. Kantor is the mother of the decedent and was aware of his general health condition. She |

1

| | |
|---|---|
| Sebastian, FL 32958<br>(772) 532-9218 | was in contact with the prison and hospital throughout the events giving rise to this claim. She will testify as to damages. |
| Ramayana Baba<br>414 Ponoka Street<br>Sebastian, FL 32958<br>(772) 532-9218 | Mr. Baba is the father of the decedent and was aware of his general health condition. He will testify as to damages. |
| Dr. William F. Hamilton, M.D.<br>Medical Examiner<br>District 8 Medical Examiner's Office<br>606 SW 3rd Avenue<br>Gainsville, FL 32601 | Dr. Hamilton conducted the autopsy of decedent. |
| Dr. Vera V. Volnikh, M.D.<br>Laboratory of Florida Private Autopsy<br>7520 W. Waters Ave, Suite 18<br>Tampa, FL 33615 | Dr. Volnikh conducted an additional, private autopsy of decedent. |
| Warden John Sloan<br>Okaloosa Correctional Institution<br>3139 Colonel Greg Malloy Road<br>Crestview, FL 32539 | See Amended Complaint. |
| Olugbenga Ogunsanwo, M.D.<br>239 Valley Edge Drive<br>Minneola, FL 34755 | See Amended Complaint. |
| Corizon Health, Inc.<br>Care of attorney | See Amended Complaint. |
| Daniel Cherry, D.O.<br>Care of attorney | See Amended Complaint. |
| Christine Nobles<br>19113 E. Altoona Road<br>Altoona, FL 32702 | See Amended Complaint. |
| Amanda Sneed<br>Baptist Hospital<br>1000 W. Moreno Street<br>Pensacola, FL 32501 | See Amended Complaint. |
| Baptist Hospital, Inc.<br>1717 North E. Street, Suite 320 | See Amended Complaint. |

2

| | |
|---|---|
| Pensacola, FL 32501 | |
| Haitham Qader, M.D.<br>Renalus Center for Kidney Care<br>1619 Creighton Road<br>Pensacola, FL 32504 | See Amended Complaint. |
| Surendar S. Veera, M.D.<br>5961 Moors Oaks Drive<br>Milton, FL 32583 | See Amended Complaint. |
| Scott M. Hof, M.D.<br>Baptist Hospital<br>1000 W. Moreno Street<br>Pensacola, FL 32501 | See Amended Complaint. |
| John Farish<br>11335 Munson Hwy<br>Milton, FL 32570 | See Amended Complaint. |
| Brian Lee Carthan<br>Century Correctional Institute<br>400 Tedder Road<br>Century, FL 32535 | See Amended Complaint. |
| All John Doe Defendants to be determined | See Amended Complaint. |

II. **Description of Documents and Things in Plaintiff's Possession, Custody, or Control That May Be Used to Support Their Claims.**

**RESPONSE:**

1. Autopsy and medical examiner records, previously produced with Plaintiff's Notice of Intent.

2. Baptist Hospital records, previously produced with Plaintiff's Notice of Intent.

3. Florida Department of Corrections records, previously produced with Plaintiffs' Notice of Intent.

4. Escambia County ambulance records, previously produced with Plaintiffs' Notice of Intent.

5. Dr. Gerald Pierone records, previously produced with Plaintiffs' Notice of Intent.

3

6. Pediatric Nephrology Specialty Practice records, previously produced with Plaintiffs' Notice of Intent.

7. Indian River Medical Center records, previously produced with Plaintiffs' Notice of Intent.

### III. Computation of Damages

**RESPONSE:** No expert has been retained yet for calculation of lost wages and other economic damages. Currently, Plaintiff is unaware of any medical expenses. The other damages are intangible and not readily subject to calculation, including physical, mental and emotional pain and suffering of decedent prior to death, next of kin claims for loss of support and services, deprivation of the pecuniary benefits that would have resulted from the continued life of decedent, punitive damages and attorneys' fees, costs and interest.

### IV. For Inspection And Copying, Any Insurance Agreement Under Which Any Person Carrying On An Insurance Business May Be Liable To Satisfy Part Or All Of A Judgment Which May Be Entered In The Action Or To Indemnify Or Reimburse For Payments Made To Satisfy The Judgment.

**RESPONSE:** This disclosure is inapplicable to Plaintiffs.

Dated: November 17, 2016

Respectfully submitted,

/s/ Jack Meyerson
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com

JACK MEYERSON, ESQ.
EDWARD H. SKIPTON, ESQ.
jmeyerson@meyersonlawfirm.com
eskipton@meyersonlawfirm.com
Meyerson & O'Neill
1700 Market Street
Suite 3025
Philadelphia, PA 19103

4

(215) 972-1376

ROBERT L. HERBST (RH 8851)
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(646) 543-2354
rherbst@herbstlawny.com

*Attorneys for PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Rule(26)(a)(1) Disclosures was served via ECF filing system, on November 22, 2016, on any counsel registered to receive notice on the CM-ECF electronic filing system.

/s/ Jack Meyerson
JACK MEYERSON

6