UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANDRA KANTOR**,** as Personal
Representative of the Estate of HANUMAN
JOYCE and Survivors, CHANDRA KANTOR,
Mother, and RAMAYANA BABA, Father,

    Plaintiff,

v.                                      CASE NO. 3:16CV449-RV/GRJ

WARDEN JOHN SLOAN, in his individual
capacity; OLUGBENGA OGUNSANWO,
MD, individually; CORIZON HEALTH, INC.,
a health services corporation; DANIEL
CHERRY, DO, individually; CHRISTINE
NOBLES, individually; AMANDA SNEED,
individually; BAPTIST HOSPITAL, INC.;
HAITHAM QADER, MD, individually;
SURENDAR S. VEERA, MD, individually;
SCOTT M. HOF, individually; JOHN
FARISH, individually, BRIAN LEE
CARTHAN, individually; and
CORRECTIONS OFFICERS JOHN DOE 1
and 2, individually; and FDOC JOHN DOE 3-6
individually.

    Defendants.
_____/

## BAPTIST HOSPITAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Baptist Hospital, Inc., pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

1. The parent company of Baptist Hospital, Inc. is Baptist Health Care Corporation.

2. There is no publicly-traded corporation that owns 10% or more of Baptist Hospital, Inc.

*****

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by the CM/ECF system on November 23, 2016, on all counsel or parties of record.

/s/ John R. Zoesch III
**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 45257
**Beggs & Lane, RLLP**
501 Commendencia Street (32502)
P. O. Box 12950
Pensacola, Florida  32591
(850) 469-3306
(850) 469-3331 – fax
*Attorneys for Baptist Hospital, Inc.;*
*Surendar S. Veera, M.D.;*
*Scott M. Hof, M.D. and*
*Amanda Sneed, R.N.*