IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANDRA KANTOR,

    Plaintiff,

v.                                      CASE NO. 3:16-cv-449-RV-GRJ

WARDEN JOHN SLOAN, et al.,

    Defendants.
_____/

## O R D E R

This case is before the Court on ECF No. 97, Defendants' Motion for Extension of Time in Regard to the Scheduling Order and Deposition Priority Weeks; ECF No. 98, Defendants' Motion for Protective Order Regarding the Depositions of April Stevens, Dr. Haithem Qader, Dr. Krystin Baker, Amanda Sneed and Dr. Scott Hof, and Incorporated Memorandum; and ECF No. 99, Plaintiff's Response in Opposition to Motion for Protective Order. Upon a review of the filings, the Court concludes that a telephonic hearing is the most expeditious method to resolve the issues addressed in Defendants' motions.

Accordingly, a **telephonic** hearing is set before Magistrate Judge Gary R. Jones on **Friday, April 14, 2017, at 11:00 AM (Eastern Daylight**

*Page 2 of 2*

**Savings Time)**. The parties shall dial into the conference call by calling AT&T Conference Line at **888-684-8852** and entering access code **4251733#**. When prompted for a security code, enter **3696#**. The parties may dial into the conference call up to five minutes before the scheduled start time.

    **DONE AND ORDERED** this 13th day of April 2017.

                                        *s/Gary R. Jones*
                                    GARY R. JONES
                                    United States Magistrate Judge