# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHANDRA KANTOR

    VS                                              CASE NO. 3:16CV449 RV/GRJ

DANIEL CHERRY, et al.

### REFERRAL AND ORDER

Referred to Judge Vinson on  10/30/2017

Type of Motion/Pleading Second MOTION to Amend/Correct Affirmative Defenses to Add Fabre Defendants

Filed by: Defendants         on 10/17/17     Doc. No. 150

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

Plaintiff                        on 10/30/17     Doc. No. 153

                                on              Doc. No.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Sylvia Williams*
Deputy Clerk: Sylvia Williams

### ORDER

Upon consideration of the foregoing, it is ORDERED this 31st day of October, 2017, that:

(a) The requested relief is GRANTED for the same reasons set out in my order of October 3, 2017 (doc. 149).

(b)

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE