IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANDRA KANTOR, Individually and as
Personal Representative of the Estate of
Hanuman Joyce, and Survivors, Chandra
Kantor, Mother and Ramayana Baba,
Father,

Plaintiffs,

v.                                              Case No.:  3:16-CV-449-RV-GRJ

WARDEN JOHN SLOAN, in his individual
Capacity, OLUGBENGA OGUNSANWO, MD,
individually; CORIZON HEALTH INC., a health
services corporation; Daniel Cherry, DO, individually
CHRISTINE NOBLES, individually, AMANDA
SNEED, invidually; BAPTIST HEALTH CARE, a
health services corporation d/b/a BAPTIST HOSPITAL;
HAITHAM QADER, MD, individually; SURENDAR
S. VEERA, MD, individually; SCOTT M. HOFF,
individually; JOHN FARISH, individually; BRIAN LEE
CARTHAN, individually; and CORRECTIONS OFFICERS
JOHN DOE 1 and 2, individually and FDOC JOHN DOE 3-6,
Individually.

Defendants.

_____/

**DEFENDANTS, CORIZON HEALTH, INC, DANIEL CHERRY M.D., AND CHRISTINE NOBLES, RN'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT I IN EXCESS OF EIGHT THOUSAND WORDS**

Defendants Corizon Health, Inc., Daniel Cherry, M.D., and Christine Nobles, R.N., ("Defendents") pursuant to Local Rule 7.1 (F), for entry of an order granting leave to file a Motion For Summary Judgment that exceeds eight thousand (8,000) words. In support of this motion, Defendants state as follows:

1. On September 7, 2016, Plaintiff, Chandra Kantor, filed suit for the death of Hanuman Joyce. Plaintiff filed an Amended Complaint on October 13, 2016 and a Third Amended Complaint on April 10, 2017.

2. The Third Amended Complaint includes allegations of Constitutional violations by each, with their own unique set of facts that are applicable to this motion for Defendants Corizon Health, Inc., Daniel Cherry, M.D., and Christine Nobles, R.N.

3. However Defendants believe it is in the best interest of judicial economy to respond on behalf of Defendants Corizon Health, Inc., Daniel Cherry, M.D., and Christine Nobles, R.N.in a single motion given the similar nature of the allegations against them.

4. Defendants have drafted a 9,244 word Motion For Summary Judgment.

5. Plaintiff has consented to allow Defendants to exceed the eight thousand (8,000) word limit of Locale Rule 7.1 (F).

6. For the foregoing reasons, Defendants submit that good cause has been shown to grant them the relief requested and permitted under Local Rule 7.1(F).

WHEREFORE, Defendants respectfully request that this Court grant leave to file a 9,244 word Motion For Summary Judgment.

Respectfully submitted this 16th day of January 2018.

/s/:*Jami M, Kimbrell*
Jami M. Kimbrell

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing have been furnished by electronic mail to JAMES V. COOK, ESQ., cookjv@gmail.com; JACK MEYERSON, ESQ. jmeyerson@meyersonlawfirm.com, ROBERT L. HERBST, rherbst@herbstlawny.com; and ED SKIPTON, ESQ., eskipton@meyersonlawfirm.com; on this 16th day of January 2018.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
FBN: 0657379
jmk@sbmlaw.net
Joseph E. Brooks
FBN: 0880752
jeb@sbmlaw.net

BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909
ATTORNEYS FOR DEFENDANTS
CORIZON HEALTH, INC, DANIEL
CHERRY, DO, AND CHRISTINE
NOBLES, RN