DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
COLD/URI/INFLUENZA SYMPTOMS PROTOCOL

**SUBJECTIVE:** Date: _1-28-15_ Time: _0830_ Age: _20_ ☑ Sick Call ☐ EMID
Allergies: _Tegretol_
Current Medications: _Medicine 5 mg po q'd, has taken one everyday for 14 days, no Tylenol those days_
Inhaler: ☑ No ☐ Yes → Rx:
Medical Hx: ☐ Asthma ☐ COPD ☐ Smoker ☐ +TST ☐ Tonsils Removed ☐ Other:
Chief Complaint: _Coughing, nose running_
How many days ago did symptoms first start? _2 wks_ Onset of symptoms was: ☑ Gradual ☐ Sudden
(The cold virus is contagious 1 day before symptoms and up to 10 days after onset of sxs)
Was inmate in contact with someone with cold symptoms? ☐ No ☑ Yes → Location: ☑ Dorm ☐ Work Assignment
☐ Class ☐ Chapel ☐ Medical Department ☐ Chow Hall ☐ Other:

**Indicate pain level on scale of 0-10 on blank line next to symptom:**
Current symptoms:
☑ Cough         ☐ Sore throat ___
☐ Fever         ☐ Headache ___
☐ Sinus pain ___ ☐ Muscle aches ___
☐ Itchy, watery eyes ☐ Earache ___  ☐ Left ☐ Right ☐ Bilateral
☐ Hoarseness    ☑ Nasal symptoms → ☑ Runny nose ☐ Congestion
☐ SOB           ☐ Chest soreness with inspiration or cough ___
☐ Sneezing      ☐ Fatigue, weakness
☐ Stiff neck (i.e., patient is unable to touch their chin to their chest)
☐ Difficulty swallowing due to throat swelling/constriction (NOT from pain)

Cough: ☐ Non-productive ☑ Productive → ☐ Clear ☐ Yellow ☐ Green ☐ Grey ☐ Brown ☐ Bloody "Tan"
If patient c/o sore throat, is fluid intake ☐ more than usual ☐ no change ☐ less than usual.

**OBJECTIVE:** Temp: _99.3°_ Pulse: _104_ Resp: _16_ Blood Pressure: _100/60_ O2 sat: _97_% Weight: _160_
Previous weight: _170_ Date: _6-5-14_
Blood sugar if patient is a diabetic:
Does pt. appear to be SOB or in any respiratory distress? ☑ No ☐ Yes  Is audible wheezing noted? ☑ No ☐ Yes
If the answer is **yes** to either question, use "Respiratory/Shortness of Breath Protocol," DC4-683D, to assess the patient.
Ears: Complains of pain? ☑ No ☐ Yes → ☐ Left ☐ Right ☐ Both
Nose: ☑ Runny nose → Discharge color: _"Tan"_   Nares → ☐ Inflamed, raw ☐ Crusted
Throat: ☐ Inflamed ☐ Pustules noted on throat  Patient able to open mouth wide open: ☐ No ☑ Yes
Neck gland/s swollen: ☑ No ☐ Yes → ☐ Left ☐ Right ☐ Both

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Symptoms of influenza present
☐ Presence of cough for greater than 2 weeks **WITH** night sweats
☐ Unintentional significant weight loss (5% of body weight in 30 days, 7.5% in 60 days, or 10% in 180 days)
☐ Presence of stiff neck (inmate unable to touch chin to chest)
☐ Sensation of throat tightness/constriction and pt unable to swallow saliva (Note: many patients spit out their saliva because it hurts to swallow, NOT because of throat constriction)
☐ Patient unable to open mouth wide open
☐ Abscess noted upon throat exam
☐ Fever greater than 101°F (Fevers less than 101°F are common with adult URIs)
☐ Fever has occurred later in the illness, rather than in the beginning
☐ If only symptoms are sore throat and fever
☐ Severe ear pain
☐ Patient weak, lethargic, or just "looks ill" - - i.e., pt looks worse than someone with routine URI
☐ *Symptoms of dehydration due to decreased fluid intake due to sore throat pain; symptoms may include hypotension (BP less than 100/60), tachycardia (greater than 110), decreased urine output in the past 24 hrs, dry mucous membranes (mouth); skin tenting

INMATE NAME: _Joyce, Hayuman_
DC#: _X85537_ RACE: _W_ SEX: _M_
DATE OF BIRTH: _4-7-93_
INSTITUTION: _Cen C.I._

SIGNATURE AND STAMP/PRINT
_Phillips, SRN_
_Century C.I._

EXHIBIT 3

DC4-683U (Revised 1/27/11)                                                      Page 1 of 2