```
************************************************************************
*** REQUESTOR: I106000 - CENTURY_CI         CENTURY C.I. CLASSIFICATION   ***
************************************************************************
***              S Y S M   A U T O M A T I C   P R I N T                  ***

MESSAGE ID: 640592      DATE: 03/02/15   TIME: 03:49pm   PRIORITY: 000

TO:        I106000 - CENTURY_CI
           CLASSIFICATION DEPARTMENT
           CENTURY C.I. CLASSIFICATION

FROM:      H320CMN - NOBLES, CHRISTINE M.
           HS CONTRACTOR-CORIZON
           C.F.R.C. MAIN

SUBJECT:   medical transfer request
```

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE
INFORMATION INTENDED FOR THE ADDRESSEE ONLY.  UNAUTHORIZED
RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.
------------------------------------------------------------------------

( ) Intra-Region                    ( X ) Inter-Region

TRANSFER REQUEST FOR:  ( ) emergency  ( X ) urgent  ( ) Routine

           Inmate Name:   JOYCE HANUMAN K85587
                 From:   BAPTIST HOSP (CENTURY CI)
                   To:   RMC HOSPITAL
A) REASON FOR TRANSFER:   ( ) MR/MEDICAL RETURN       ( ) SN/SPECIAL NEEDS
   ( ) DS/DENTAL SVCS.   ( ) MP/MH-PSY.UNSUITABLE  ( X ) MS/MEDICAL Service
   ( ) RH/REG. HOSP.     ( ) WC/WHEELCHAIR NEEDS
   ( ) MU/MED.UNSUITABLE ( ) MM/MH SOS CELL


   CLINICAL RATIONALE:   INMATE REQUIRES HOSP CARE


B) TIME PRIORITY IN EFFECTING TRANSFER:   3/2/15

C) SPECIAL CONSIDERATIONS:   PLEASE SEND ALL RECORDS


D) LOSING CHIEF HEALTH OFFICER HAS COORDINATED THE CONTINUITY OF
   CARE WITH GAINING CHIEF HEALTH OFFICER. ( · )YES  ( )NO

E) ADDITIONAL INFORMATION:   MAY TRANSPORT VIA DOC  VAN DIRECTLY FROM BAPTI
   ST HOSPITAL TO RMC HOSPITA LAKE BUTLER

F) CLASSIFICATION USE ONLY:
      CLASSIFICATION RECOMMENDATION/COMMENTS:

EXHIBIT 23

```
Sent to:   DPOPDTL          NEEL, STEPHANIE W.          (to)
           H320CMN          NOBLES, CHRISTINE M.        (to)
           H106000          CENTURY C.I.--HEALTH        (to)
           I106000          CENTURY_CI                  (to)
           H209000          R.M.C. (MAIN UNIT)          (to)
           I209000          RECEPTION_MEDICAL CENTER    (to)
```