```
*************************************************************************
*** REQUESTOR: I106000 - CENTURY_CI        CENTURY C.I. CLASSIFICATION ***
*************************************************************************
***                  S Y S M   A U T O M A T I C   P R I N T          ***

MESSAGE ID: 640592A    DATE: 03/02/15  TIME: 04:22pm  PRIORITY: 000

TO:       I106000 - CENTURY_CI
          CLASSIFICATION DEPARTMENT
          CENTURY C.I. CLASSIFICATION

FROM:     DPOPDTL - NEEL, STEPHANIE W.
          CORR SERVICES CONSULTANT
          CLASS-POP MGMT

SUBJECT:  Reply to medical transfer req


*** Sent by Alternate User "DPOPVW1" for "DPOPDTL" ***
*** Original Author: H320CMN - NOBLES, CHRISTINE M.; 03/02/15 03:49pm
                     HS CONTRACTOR-CORIZON; C.F.R.C. MAIN

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE
INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED
RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.
------------------------------------------------------------------------
  ( ) Intra-Region                    ( X ) Inter-Region

  TRANSFER REQUEST FOR:  ( ) emergency ( X ) urgent  ( ) Routine

          Inmate Name:  JOYCE HANUMAN K85587
                 From:  BAPTIST HOSP (CENTURY CI)
                   To:  RMC HOSPITAL
   A) REASON FOR TRANSFER:    ( ) MR/MEDICAL RETURN    ( ) SN/SPECIAL NEEDS
      ( ) DS/DENTAL SVCS.  ( ) MP/MH-PSY.UNSUITABLE ( X ) MS/MEDICAL Service
      ( ) RH/REG. HOSP.    ( ) WC/WHEELCHAIR NEEDS
      ( ) MU/MED.UNSUITABLE( ) MM/MH SOS CELL


      CLINICAL RATIONALE:   INMATE REQUIRES HOSP CARE


   B) TIME PRIORITY IN EFFECTING TRANSFER:   3/2/15

   C) SPECIAL CONSIDERATIONS:   PLEASE SEND ALL RECORDS


   D) LOSING CHIEF HEALTH OFFICER HAS COORDINATED THE CONTINUITY OF
      CARE WITH GAINING CHIEF HEALTH OFFICER. (    )YES (    )NO

   E) ADDITIONAL INFORMATION:   MAY TRANSPORT VIA DOC VAN DIRECTLY FROM BAPTI
         ST HOSPITAL TO RMC HOSPITA LAKE BUTLER


   F) CLASSIFICATION USE ONLY:
```

EXHIBIT 24

CLASSIFICATION RECOMMENDATION/COMMENTS:

\*\*\* Comments From: DPOPDTL - NEEL, STEPHANIE W.; 03/02/15 04:18pm
              CORR SERVICES CONSULTANT; CLASS-POP MGMT

ATTN: CLASSIFICATION SUPERVISOR
      CENTURY CI-T / RMC-T

THIS IS YOUR AUTHORITY TO TRANSFER THE ABOVE INMATE FROM BAPTIST
HOSPITAL-(CENTURY CI) TO RMC FOR MEDICAL SERVICES.

CENTURY CI IS TO COORDINATE TIME OF ARRIVAL AND TRANSPORT ON TODAY,
03/02/2015.

NOTE\*\*\*CENTURY CI WILL TRANSPORT INMATE DIRECT FROM BAPTIST HOSPITAL\*\*\*
       VIA DC-VAN TO RMC FOR GAIN OF CUSTODY. HANDLE AND HOUSE
       ACCORDINGLY.

VERNA WATKINS

| Sent to: | | | |
|---|---|---|---|
| | H320CMN | NOBLES, CHRISTINE M. | (to) |
| | H106000 | CENTURY C.I.--HEALTH | (to) |
| | I106000 | CENTURY_CI | (to) |
| | H209000 | R.M.C. (MAIN UNIT) | (to) |
| | I209000 | RECEPTION_MEDICAL CENTER | (to) |
| | DPOPVW1 | WATKINS, VERNA | (to) |
| | H100HLT | HEALTH SERVICES--REGION 1 | (to) |
| | R106000 | SECURITY (106) | (to) |
| | T106000 | CENTURY_C.I. WARDEN | (to) |
| | H209AP2 | GRAY, ALISHA M. | (to) |
| | I209TFR | RECEPTION_MEDICAL_CENTER-T&R | (to) |
| | R221ZDG | GREEN, ZEPHRIN D. | (to) |
| | R209000 | SECURITY (209) | (to) |
| | H200HLT | HEALTH_SERVICES--REGION II | (to) |

State of Florida
Department of Corrections
Transfer Order

Date: MARCH 2, 2015

The below listed inmate(s) is being transferred:

FROM: Century Correctional Institution    TO: RMC
        (Institution)                          (Institution)

together with all records and property.

| NAME | DC# | RACE/SEX | REASON CODE | MOVEMENT CODE |
|---|---|---|---|---|
| JOYCE, HANUMAN | K85587 | B/M | MS | 90 |

Local Request/Review By:         MEDICAL
(circle request or review)    (Warden, Duty Warden, Classification, Medical, ect.)
Transfer Authorized by:       TWX: 640592A
                              (TWX: E-Mail message from Central Office; Medical; Duty Officer, etc.)

Transporting Officer:
                              _____   _____
                                      (signature)                    (date)
Receiving Officer:
                              _____   _____
                                      (print name)                   (date)

                              _____
                                      (signature)
                    Signature acknowledges receipt of inmate(s) and all records.

Distribution:  Institutional Inmate File
               Retained by Releasing Facility
               Requesting Institution – information sheet only

DC6-301 (revised 3-03)