BAPTIST HOSPITAL
1000 WEST MORENO STREET
PENSACOLA, FL 32501

| | | | |
|---|---|---|---|
| PATIENT: | JOYCE, HANUMAN | ACCT#: | 0010249095052 |
| DATE OF BIRTH: | 04/07/1993 | MR#: | 001-02-49-09 |
| DICTATING/SIGNING: | SURENDAR S. VEERA, MD | ADMIT DATE: | 02/21/2015 |
| ATTENDING: | SURENDAR S. VEERA, MD | DISCHARGE DATE: | 03/02/2015 |
| ALLIED DICTATING: | | | |

## DISCHARGE SUMMARY REPORT

**PRIMARY CARE PHYSICIAN:**
The patient does not have primary care physician.

**DIAGNOSES ON ADMISSION:**
1. Influenza B infection.
2. Acute renal failure on chronic renal failure.
3. Elevated LFTs.
4. Metabolic acidosis.
5. Hypokalemia.
6. Xanthochromia, secondary to elevated bilirubin.
7. Possible seizure.
8. History of glucose.
9. History of hypertension.

**DIAGNOSES ON DISCHARGE:**
1. Lupus nephritis.
2. Influenza B, status post completion of Tamiflu infection.
3. Acute renal failure on chronic renal failure, secondary to lupus nephritis.
4. Elevated LFTs, secondary to influenza versus lupus.

**HOSPITAL COURSE:**
This is a 21-year-old, African American male, who comes from prison with fever and possible seizure. He was having fever for the last 2 weeks associated with shortness of breath, cough productive of yellowish sputum production. He was worked up in the ER, and found to have elevated LFTs, influenza B infection, and acute renal failure. He has consulted the ID, who started him on Tamiflu and he completed his course in the hospital. Also, consulted with Nephrology, who thought that the acute renal failure was secondary to lupus nephritis after complete workup. He was started on IV steroids, which was changed to p.o. prednisone. He was given IV loading dose of Cytoxan x1 and then was also started on CellCept 500 mg p.o. b.i.d. The patient was also started on DVT prophylaxis. He was quite active in the hospital. He is clinically improved. His shortness of breath improved. His cough with sputum production improved. His renal function improved with steroids and Cytoxan. He was very pleasant and active; alert, awake, and oriented, with no seizure episodes in the hospital and was clinically stable at the time of discharge.

**CONDITION:**
Stable.

**DISPOSITION:**
Prison Hospital.

**DISCHARGE MEDICATIONS:**
1. Aspirin 81 mg enteric-coated p.o. daily.
2. Prednisone 20 mg p.o. daily.

EXHIBIT 25

3. Amlodipine 10 mg p.o. daily.
4. CellCept 500 mg p.o. b.i.d.

DISCHARGE INSTRUCTION:
The patient was stable at the time of discharge, quite active and cheerful. He was transferred to prison hospital. He was scheduled and advised to follow up with Dr. Qader, for management of his acute renal failure, secondary to lupus nephritis. He was also advised to follow up with the prison primary care doctor and prison nephrologist.

Discharge on this patient took more than 30 minutes to complete.


Do Not Edit Beyond This Point*#*
D: 03/03/2015 02:20 P
T: 03/03/2015 11:22 P
1318884/646110978/1730366/mdq

cc:   HAITHAM O. QADER, MD
      SURENDAR S. VEERA, MD

*END*

xcopyPrison Doctor
Authenticated by SURENDAR S. VEERA, MD On 03/04/2015 08:17:42 AM