IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANDRA KANTOR, Individually and as
Personal Representative of the Estate of
Hanuman Joyce, and Survivors, Chandra
Kantor, Mother and Ramayana Baba,
Father,

Plaintiffs,

v.                                             Case No.:  3:16-CV-449-RV-GRJ

WARDEN JOHN SLOAN, in his individual
Capacity, OLUGBENGA OGUNSANWO, MD,
individually; CORIZON HEALTH INC., a health
services corporation; Daniel Cherry, DO, individually
CHRISTINE NOBLES, individually, AMANDA
SNEED, individually; BAPTIST HEALTH CARE, a
health services corporation d/b/a BAPTIST HOSPITAL;
HAITHAM QADER, MD, individually; SURENDAR
S. VEERA, MD, individually; SCOTT M. HOFF,
individually; JOHN FARISH, individually; BRIAN LEE
CARTHAN, individually; and CORRECTIONS OFFICERS
JOHN DOE 1 and 2, individually and FDOC JOHN DOE 3-6,
Individually.

Defendants.

_____/

**DEFENDANTS, CORIZON HEALTH, INC, DANIEL CHERRY M.D., AND CHRISTINE NOBLES, RN'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Corizon Health, Inc., Daniel Cherry, M.D., and Christine Nobles, R.N., ("Defendants"), pursuant to this Court's Order dated April 16, 2018

(Doc. 201), moves for leave to supplement its Partial Summary Judgment and in support thereof, state as follows:

1. Following the ruling from this Court allowing the depositions of Susan Clark, Ryan Huff, and Dr. Albert Maier, the parties conducted the depositions on May 5, 2018 and May 16, 2018.

2. This Court indicated that, after the depositions had concluded, the parties wishing to supplement the pending motion or response with evidence must file a motion to do so by June 1, 2018. (Doc. 201, ¶4)

3. As of today, the deadline established by the Court, Defendants do not believe the evidence obtained during these three depositions require supplementation of record in support of Defendants' Motion for Partial Summary Judgment.

4. However, Defendants anticipate that Plaintiff will seek to supplement its response to Defendants' Motion for Partial Summary Judgment, at which point, Defendants will need an opportunity to properly respond.

5. Without knowledge of the evidence Plaintiff intends to rely on or refer to, it is impossible for Defendants to anticipate what evidence or arguments would be necessary for the Court to alternatively consider by today's deadline. For this reason, Defendants hereby move for leave to file a response to any Motion to Supplement Response filed by Plaintiff in this

matter before the Court takes the Motion for Partial Summary Judgment under advisement.

WHEREFORE, Defendants respectfully request that this Court GRANT Defendants' Motion.

Respectfully submitted this 1st day of June, 2018.

/s/:*Jami M, Kimbrell*
Jami M. Kimbrell

## CERTIFICATE OF WORD LIMITATION

In accordance with N.D. Fla. Loc. R. 7.1(F), the number of words in the Motion for Leave to Supplement Motion for Partial Summary Judgment, which excludes case style, signature block, and certificates (Word Limitation and Certificate of Service), is 267.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing have been furnished by electronic mail to JAMES V. COOK, ESQ., cookjv@gmail.com; JACK MEYERSON, ESQ. jmeyerson@meyersonlawfirm.com, ROBERT L. HERBST, rherbst@herbstlawny.com; and ED SKIPTON, ESQ., eskipton@meyersonlawfirm.com; on this 1st day of June, 2018.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
FBN:  0657379
jmk@sbmlaw.net
Joseph E. Brooks
FBN: 0880752
jeb@sbmlaw.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909
ATTORNEYS FOR DEFENDANTS
CORIZON HEALTH, INC, DANIEL
CHERRY, DO, AND CHRISTINE
NOBLES, RN
