# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHANDRA KANTOR

    VS                                                   CASE NO.  3:16CV449 RV/GRJ

CORIZON HEALTH, ET AL.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  7/23/2018

Type of Motion/Pleading  NOTICE OF CONFLICT AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE

Filed by: Defendants   on 7/20/18   Doc. No. 211

( x ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                            on _____ Doc. No. _____

                                            on _____ Doc. No. _____

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/ *Sylvia Williams*
                                            Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   24th day of  July , 2018, that:

(a)   The requested relief is GRANTED.

(b)   The pretrial conference is rescheduled to Thursday, September 27, 2018.  All other deadlines in this court's order setting pretrial conference remain unchanged.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE