# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHANDRA KANTOR

    VS                                                     CASE NO.   3:16CV449 RV/GRJ

JOHN SLOAN, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  3/25/2019
Type of Motion/Pleading  Second MOTION to Continue Trial
Filed by: Defendants          on 3/25/19       Doc. No. 293
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                           on _____   Doc. No. _____
                                           on _____   Doc. No. _____

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/ *Sylvia Williams*
                                            Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  25th  day of  March , 2019, that:

(a)  The requested relief is DENIED.
(b)  _____

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE