# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHANDRA KANTOR

    VS                                       CASE NO. 3:16CV449 RV/GRJ

JOHN SLOAN, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  3/26/2019
Type of Motion/Pleading  MOTION FOR RECONSIDERATION
Filed by: Defendants  on 3/26/19   Doc. No. 297
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                                on _____ Doc. No. _____
                                                on _____ Doc. No. _____

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

                                                /s/ *Sylvia Williams*
                                                Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  29th  day of  March , 2019, that:

(a)   The requested relief is GRANTED.

(b)   The trial in this case is rescheduled for August 5, 2019, with jury selection beginning at 9:00 a.m.

                                                /s/ Roger Vinson
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE